UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHNSON LEUNG,<br>　　　　Plaintiff, | No. C 10-0620 PJH |
| v. | **ORDER GRANTING REQUEST FOR PLAINTIFF JOHNSON LEUNG TO ATTEND THE MEDIATION TELEPHONICALLY** |
| CIGNA LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>　　　　Defendant. | |
| | Date:　　　October 13, 2010<br>Mediator:　James Baker |

IT IS HEREBY ORDERED that the request for plaintiff Johnson Leung to be excused from personally attending the October 13, 2010 mediation session before James Baker is GRANTED. Mr. Leung shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 1, 2010　　　　By:　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**