UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHNSON LEUNG,<br>      Plaintiff,<br><br>   v.<br><br>CIGNA LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br>      Defendant.<br>_____/ | No. C 10-0620 PJH<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S COMPANY REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:    October 13, 2010<br>Mediator:   James Baker |

IT IS HEREBY ORDERED that the request for defendant Life Insurance Company of North America's company representative, Kellie Downey, to be excused from personally attending the October 13, 2010 mediation session before James Baker is GRANTED. Ms. Downey shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 7, 2010                By:           *[signature]*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge