UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON LEUNG, et al.,

        Plaintiffs,

    v.

CIGNA LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.
_____/

No. C 10-0620 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiffs' motion to declare a de novo standard of review, which was previously set for November 17, 2010, at 9:00 a.m., has been CONTINUED to December 1, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: November 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge