SCOTT D. RIGHTHAND BAR NO. 087635
LAW OFFICE OF SCOTT RIGHTHAND, P.C.
425 California Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 544-0115
Facsimile:   (415) 544-0116
Email: scott@righthandlaw.net

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNSON LEUNG, CARINA SINSI LEUNG by and through her Guardian ad Litem, JOHNSON LEUNG,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**LIFE INSURNACE COMPANY OF NORTH AMERICA, and DOES 1 THROUGH 100, inclusive,**<br><br>**Defendants** | Case No: C10-00620 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 7, 2012 at 2:00 p.m.**<br> AND ORDER<br><br>Date: June 23, 2011<br>Time: 2:00 p.m.<br>Courtroom No. 3, Federal Building<br>1301 Clay Street, Oakland, CA<br>Hon. Phyllis J. Hamilton |

It is stipulated to and agreed to by and between the Plaintiff Johnson Leung, and Carina Sinsi Leung by and through her Guardian as Litem Johnson Leung and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA , through their respective attorneys, as follows:

1. Due to a trial conflict for Plaintiffs' counsel in the case of <u>Kai/Chan v. The Permanente Medical Group, et al.</u>, Mr. Righthand is not available to appear at the present Case Management Conference date of June 23, 2011, at 2:00 p.m.;

2. The parties have agreed and so stipulate that the Case Management Conference scheduled for June 23, 2011, at 2:00 p.m., be continued to July 7, 2011, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: 6/21/11

LAW OFFICE OF SCOTT RIGHTHAND, P.C.

By   /s/ Scott Righthand
    Scott Righthand
    Attorney for Plaintiffs
    Johnson Leung and Sinsi Leung

DATED: 6/21/11

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By   /s/ Adrienne C. Publicover
    Adrienne C. Publicover
    Shilpa Doshi
    Attorneys for Defendant
    Life Insurance of North America



IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court, Northern District of California

6/22/11

**CERTIFICATE OF SERVICE**
**JOHNSON LEUNG, et al. v. CIGNA, et al.**
**USDC, North District Court Case No: C10-00620 PJH**

I, Laura Gonzales am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 425 California Street, 18th Floor, San Francisco, CA 94104. On June 21, 2011, I served the foregoing document(s) described as the following:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 7, 2012 at 2:00 p.m.; PROPOSED ORDER**

[ ]     by placing [ ] the original [ ] true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

[ x ]    EMAIL/PACER/ECF: I caused all of the pages of the above-entitled documents to be sent to the recipients specifically noted below by electronic E-filing:

Shilpa Gadana Doshi, Esq.
Adrienne Clare Publicover, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94104
Email: shilpa.doshi@wilsonelser.com
Adrienne.publicover@wilsonelser.com

[ ]     **HAND DELIVERY:** I placed a true and correct copy thereof in a sealed envelope and
caused such envelope to be delivered by hand to the addressee(s) indicated:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 21, 2011, at San Francisco, California.

_____
Laura Gonzales

SCOTT D. RIGHTHAND BAR NO. 087635
LAW OFFICE OF SCOTT RIGHTHAND, P.C.
425 California Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 544-0115
Facsimile:   (415) 544-0116
Email: scott@righthandlaw.net

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNSON LEUNG, CARINA SINSI LEUNG** by and through her Guardian ad Litem, **JOHNSON LEUNG,**<br><br>Plaintiffs,<br><br>vs.<br><br>**LIFE INSURNACE COMPANY OF NORTH AMERICA, and DOES 1 THROUGH 100, inclusive,**<br><br>**Defendants** | Case No: C10-00620 PJH<br><br>(Proposed) ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 7, 2012 at 2:00 p.m.<br><br>Date: June 23, 2011<br>Time: 2:00 p.m.<br>Courtroom No. 3, Federal Building<br>1301 Clay Street, Oakland, CA<br>Hon. Phyllis J. Hamilton |

IT IS HEREBY ORDERED that at the request of Plaintiff JOHNSON LEUNG's counsel and by Stipulation of the parties, the Case Management Conference is continued from June 23, 2011 at 2:00 p.m. to July 7, 2011, at 2:00 p.m.

IT IS SO ORDERED.


DATE: _____          _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge