UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON LEUNG, CARINA SINSI LEUNG by and through her Guardian ad Litem, JOHNSON LEUNG<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. C10-0620 PJH<br><br>[PROPOSED] ORDER ~~GRANTING REQUEST TO VACATE CHEDULING CONFERENCE~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>**Scheduling Conference:**<br>Date:   July 7, 2011<br>Time:   2:00 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Complaint Filed: May 12, 2009 |

TO THE COURT AND TO ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOITCE that the parties filed a joint notice of settlement and request to vacate the case management conference date with Court on July 1, 2011.

IT IS HEREBY ORDERED that the case management conference date set for July 7, 3011 at 2:00 p.m. is ~~vacated~~. Continued to August 11, 2011 at 2:00 p.m.

Date: July __5__, 2011

By: _____
HONORABLE PHYLLIS J. HAMILTON
Judge of the U.S. District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Submitted by:
Adrienne C. Publicover
Shilpa G. Doshi
Wilson Elser Moskowitz Edelman & Dicker
Attorneys for Defendant

1

JOINT NOTICE OF SETTLEMENT; REQUEST TO VACATE SCHEDULING CONFERENCE
Case No.: 10-0620-PJH
703047.1

**CERTIFICATE OF SERVICE**
*Johnson Leung, et al. v. Life Insurance Company of North America*
*United States District Court, Northern District Case No. C10-00620 PJH*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**[PROPOSED] ORDER GRANTING REQUEST TO VACATE CHEDULING CONFERENCE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Scott D. Righthand
THE LAW OFFICE OF SCOTT RIGHTHAND
A Professional Corporation
425 California Street, 18th Floor
San Francisco, CA 94104
T: 415-544-0115
F: 415-544-0116
***Attorney for the Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 1, 2011** at San Francisco, California.

*Monique Jacquis*
Monique Jacquis

---

2
JOINT NOTICE OF SETTLEMENT; REQUEST TO VACATE SCHEDULING CONFERENCE
Case No.: 10-0620-PJH
703047.1