UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON LEUNG, CARINA SINSI LEUNG by and through her Guardian ad Litem, JOHNSON LEUNG<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. C10-0620 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>**Scheduling Conference:**<br>Date:   August 11, 2011<br>Time:   2:00 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Complaint Filed: May 12, 2009 |

IT IS HEREBY ORDERED that the case management conference set for August 11, 2011 is hereby continued for 30 days, ~~pursuant to the parties' joint request~~ to September 15, 2011 pursuant to the parties' joint request.

Date: August __5__, 2011

By: _____
HONORABLE PHYLLIS J. HAMILTON
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: 10-0620-PJH
723313.1