**MC-355**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Scott Righthand, Esq. SBN: 087635<br>Law Office of Scott Righthand, P.C.<br>425 California Street, 18th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415-544-0115    FAX NO. (Optional): 415 544-0116<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs Johnson Leung and Carina Sinsi Leung | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT<br>STREET ADDRESS:<br>MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>CITY AND ZIP CODE: OAKLAND DIVISION<br>BRANCH NAME: |
|---|

| CASE NAME: Johnson Leung, Carina Sinsi Leung v. LINA |
|---|

| ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT | CASE NUMBER:<br>C10-0620 PJH |
|---|---|

1. The petition of (name): Johnson Leung
   as (specify capacity): GAL for Carina Sinsi Leung
   blocked accounts came on for hearing on (date): 1/5/12
   in Dept.: Courtroom 3

   to deposit funds in a blocked account or
   at (time): 1:00 p.m.

**THE COURT ORDERS**

2. Money that belongs to (name): Carina Sinsi Leung
   shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $ 750.00

5. Withdrawals (check a or b):
   a. ☐ No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.
   b. ☑ The blocked account or accounts belong to a minor. The minor was born on (date): 11/3/06
      No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: 1/9/12

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
JUDGE OF THE

Form Adopted for Mandatory Use
Judicial Council of California
MC-355 [Rev. January 1, 2007]

**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**

Page 1 of 1
Code of Civil Procedure, § 372;
Probate Code, § 3600, et seq.;
Cal. Rules of Court, rules 3.1384, 7.953
www.courtinfo.ca.gov