1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Adrienne.Publicover@WilsonElser.com
2  SHILPA G. DOSHI (SBN 253024)
   Shilpa.Doshi@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
5  Telephone: 415.433.0990
   Facsimile: 415.434.1370
6
   Attorneys for Defendant
7  LIFE INSURANCE COMPANY OF NORTH AMERICA
8
   SCOTT D. RIGHTHAND (SBN 87635)
9  **THE LAW OFFICE OF SCOTT RIGHTHAND**
   A Professional Corporation
10 465 California Street, Suite 300
   San Francisco, CA  94105
11 Telephone: 415.544.0115
   Facsimile: 415.544.0116
12
   Attorney for Plaintiffs
13 JOHNSON LEUNG; CARINA SINSI LEUNG

14

15                    UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

17
   JOHNSON LEUNG, CARINA SINSI LEUNG by )   Case No. C10-0620 PJH
18 and through her Guardian ad Litem, JOHNSON )
   LEUNG                                    )   **STIPULATION OF DISMISSAL WITH**
19                                          )   **PREJUDICE OF ENTIRE ACTION;**
              Plaintiff,                    )   [~~PROPOSED~~] **ORDER**
20                                          )
         vs.                                )
21                                          )
   CIGNA, LIFE INSURANCE COMPANY OF         )
22 NORTH AMERICA, and DOES 1 THROUGH 100,   )
   inclusive,                               )
23                                          )
              Defendants.                   )
24                                          )

25

26

27

28
                                          1
   _____
       STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER
   USDC Case No.: C10-00620 PJH

USDC Case No.: C10-00620 PJH

Plaintiffs Johnson Leung and Carina Sinsi Leung and defendant Life Insurance Company of North America, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed with prejudice in its entirety, pursuant to the parties' agreement to resolve the disputed claims.  Each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated: January 6, 2012

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By: /s/ Shilpa G. Doshi
        ADRIENNE C. PUBLICOVER
        SHILPA G. DOSHI
        Attorneys for Defendant
        LIFE INSURANCE OF NORTH AMERICA

Date: January 6, 2012

        THE LAW OFFICE OF SCOTT RIGHTHAND

        By: [signature]
        SCOTT D. RIGHTHAND
        Attorneys for Plaintiffs
        JOHNSON LEUNG; CARINA SINSI LEUNG

### [~~PROPOSED~~] ORDER

The Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, pursuant to the parties' stipulation.

**IT IS SO ORDERED.**

Date: 1/12/12      By: [signature]
        The [Honorable Phyllis J. Hamilton]
        United [States District Judge]

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

# CERTIFICATE OF SERVICE
*Johnson Leung, et al. v. Life Insurance Company of North America*
*United States District Court, Northern District Case No. C10-00620 PJH*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

XXX: **By Electronic E-Filing.** I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Scott D. Righthand
THE LAW OFFICE OF SCOTT RIGHTHAND
A Professional Corporation
425 California Street, 18th Floor
San Francisco, CA  94104
T: 415-544-0115
F: 415-544-0116
***Attorney for the Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED January 9, 2012 at San Francisco, California.

*/s/ Sonia Y. Rossiter*
Sonia Y. Rossiter